UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN TILE & MARBLE CO., ) | |
| ) | |
| Plaintiff, ) | Case No. 8:13-cv-00089-JFB-TDT |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| ALL GRANITE & MARBLE CORP., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 56). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 56) is granted and this case is dismissed with prejudice, as regards Plaintiff American Tile & Marble Co., each party to bear its own costs. This case is dismissed without prejudice with regard to the members of the putative, uncertified, class.

Dated: February 23, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
Senior United States District Judge